UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BRENNAN,

Plaintiffs,

v.

OFFICER THOMAS ANTON,
DEPUTY BORTON,
CHIEF DALE GREENLEAF,
DANIELLE GROSS,
VILLAGE OF BLISSFIELD, and
LENAWEE COUNTY,

Defendants.
_______________________________/

Case No. 2:25-cv-11064

Honorable Anthony P. Patti

# JUDGMENT

In accordance with the opinion and order granting Defendants' motions for summary judgment (ECF Nos. 4 & 46) entered on September 16, 2024 (ECF No. 58), it is **ORDERED AND ADJUDGED** that judgment is granted in favor of all remaining Defendants and against Plaintiff Thomas Brennan. Defendant Danielle Gross and all claims against her having been previously dismissed, the case is now closed.

**IT IS SO ORDERED.**

Dated: September 16, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE